

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Ashley Anne Giles,<br><br>　　　　　Defendant. | Case No. ED 09-206 M<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern District of CA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

　　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on _____

• Defendant's violation of probation

1

1 • UNDERLYING ALLEGATION (RESISTING / FAILURE
2 TO COOPERATE WITH LAW ENFORCEMENT)
3 and/or
4 B. ( ) The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7 finding is based on: _____
8 _____
9 _____
10 _____.
11
12 IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED: 9.30.09
16
17
18 _____
19 DAVID T. BRISTOW
   UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28